UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DIETRICH,<br>        Plaintiff,<br>   v.<br>CATAPULT VC,<br>        Defendant. | Case No. 21-cv-02508-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this civil action on April 7, 2021. (Dkt. No. 1.) The Initial Case Management Conference was scheduled for July 8, 2021, with a Case Management Statement due by July 1, 2021. (Dkt. No. 4.) When Plaintiff failed to file a Case Management Statement by July 1, the Court ordered him to do so by July 6 at noon. (Dkt. No. 10.) As of the filing of this Order, he has still not filed the statement nor otherwise communicated with the Court.

Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute based on Plaintiff's failure to serve the summons and complaint on Defendant and failure to report on the status of this case as twice ordered to do so. *See* Fed. R. Civ. P. 4(m), 41(b). Plaintiff shall submit a written response to this Order on or before July 21, 2021. The written response shall be accompanied by proof of service of the summons and complaint on Defendant. Plaintiff is warned that his failure to comply with this Order may result in a report and recommendation that this action be dismissed for failure to prosecute under Federal Rules of Civil Procedure 4(m) and 41(b).

The July 8, 2021 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

//

Dated: July 7, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge